THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES DUBELIER, Appellant.

*People* v. *Dubelier*, 167 App. Div. 899, appeal dismissed.
(Submitted September 27, 1915; decided October 5, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judi-

cial department, entered February 5, 1915, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of bribery.

The motion was made upon the ground of failure to file the required return.

*Charles A. Perkins, District Attorney (Louis Fabricant* of counsel), for motion.

No one opposed.

Motion granted.  _____